```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF RHODE ISLAND
```

Thomas Oliver

    v.                                                             Case No. 23-cv-187-LM-AKJ

Joseph Leonard Michaud et al

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 24, 2023.

The clerk's office is directed to enter judgment and close the case.

                                                                          _____
                                                                          Landya B. McCafferty
                                                                          United States District Judge

Date: June 9, 2023

cc: Thomas Oliver, pro se